azb_3011-1 (4/17)

| Debtor: Wesley Blake Losh | Case No.: 2:16-bk-08271 |
|---|---|
| Joint Debtor:<br>(if any) | Chapter: 7 |

## APPLICATION FOR UNCLAIMED FUNDS

### 1. Claim Information

Application is hereby made for disbursement of the following previously unclaimed funds on deposit with the court for the benefit of the claimant named below.

| Amount: | 4,588.82 |
|---|---|
| Claimant's Name: | Wesley Blake Losh |
| Claimant's Address: (at time claim was made) | 9425 N Black Canyon HWY   Room 300<br>Phoenix, AZ 85021<br><br>*Provide documentation that Claimant resided or did business at this address. |
| Claimant's Current Address:<br>(if different from above) | 4433 W Keating Cir<br>Glendale, AZ 85308 |
| Last 4 digits of Claimant's SSN or Complete EIN | 5566 |

**FILED**

DEC 17 2019

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## 4. Declaration

The undersigned declares, under penalty of perjury, that the information contained in this application and any accompanying documentation is true and correct. I also understand that, pursuant to 18 U.S.C. § 152, I may be fined not more than $250,000, or imprisoned not more than 5 years if I have knowingly and fraudulently made any false statements in this document or provided false documentation as part of this application.

| | | |
|---|---|---|
| 11-25-19 | [signature] | Wesley Losh |
| Date | Signature of Applicant | Printed Name of Applicant |
| | | |
| Date | Signature of Applicant | Printed Name of Applicant |

Phone: _____  Address: _____

Email: _____

## 5. Notarization

STATE OF __Arizona__, COUNTY OF __Maricopa__

This 2-page Application for Unclaimed Funds, dated __November 25, 2019__, was subscribed and sworn to before me this __25__ day of __November__, 20__19__ by __Wesley Blake Losh__, who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

Raul Enriquez
Notary Public
Maricopa County, Arizona
My Comm. Expires 10-18-2022
Commission No. 555480

[signature]
Notary Public

My commission expires on: __10-18-2022__

File this application with the court at the following address:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
230 NORTH FIRST AVENUE #101
PHOENIX AZ 85003

I, Wesley Losh, resided at the Marriott Town Place in room 300 located at 9425 N Black Canyon HWY, Phoenix, Arizona 85021 from July 2016 to December 2016. I had my mail delivered to this location during this timeframe.

Wesley Blake Losh

*/s/ Wesley Blake Losh/*

Date: 11-25-19

State of Arizona County of Maricopa
Subscribed and sworn before me on 11-25-2019
(Date)
_____
(Notary Signature)

Raul Enriquez
Notary Public
Maricopa County, Arizona
My Comm. Expires 10-18-2022
Commission No. 555480